JS - 6

FILED: 2/19/2013

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Robert Washington*,

        **Plaintiff,**

        v.

*City of Los Angeles, et al.*,

        **Defendants.**

CASE NO. CV 12-4322-GHK (SHx)

**JUDGMENT**

Pursuant to the Court's February 19, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Robert Washington's claims against Defendants City of Los Angeles, Los Angeles Police Department, Dale Tongson, and Gabriel Lobato are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: February 19, 2013

_____
GEORGE H. KING
Chief United States District Judge